DENIED. Defendant's discovery responses are now adequate. The further discovery requested is overbroad. So ordered.

Michael A. Ponsor (sgd) 3-21-14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |  |
|---|---|---|
|  | : | Civil Action Case No. 3:12-cv-30195-MAP |
| SMITH & WESSON HOLDING CORPORATION, | : : |  |
| Plaintiff, | : : | PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PROVIDE COMPLETE |
| v. | : : | RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | : : | DOCUMENTS |
| Defendant. | : : |  |

## *EXPEDITED REVIEW REQUESTED, PURSUANT TO LOCAL RULE 5.1(c)*

The Plaintiff, Smith & Wesson Holding Corporation ("Plaintiff" or "Smith & Wesson"), hereby moves, pursuant to Federal Rule of Civil Procedure 37(a), for an order compelling the Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("Defendant" or "National Union"), to supplement its responses to the Plaintiff's First Request for Production of Documents ("Requests") so as to provide complete responses to the Requests, and specifically to Requests Nos. 4, 5, 7, 12, 17, 18, 20, 21, and 22. Grounds for this motion are that National Union's only response to the Requests is incomplete, interposes inapplicable objections, and unilaterally limits the scope of production to documents contained in National Union's underwriting file and claim file, to the exclusion of all other responsive documents. National Union's failure to produce responsive documents is not justified. Although counsel for Smith &