UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & WESSON HOLDING CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>Defendant | CIVIL ACTION NO. 3:12-cv-30195 |

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'s
MOTION TO COMPEL SUPPLEMENTAL DISCOVERY RESPONSES BY PLAINTIFF**

Pursuant to Fed.R.Civ.P. 37(a)(3)(B), National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") moves that the Court enter an Order compelling Smith & Wesson Holding Corporation ("S&W") to supplement its document production and answers to interrogatories as described below. A proposed order is attached as Exhibit A.

**BRIEF FACTUAL BACKGROUND**

This case involves an attempt by S&W to recover from its directors & officers liability insurer, National Union, expenses allegedly incurred in connection with the following matters: (1) an indictment of Amaro Goncalves, S&W's former Vice-President for Sales, for alleged violation of the Foreign Corrupt Practices Act, 15 U.S.C. §§78dd-1, *et seq.* ("the Goncalves Indictment"), (2) a subpoena to S&W and subsequent investigation of Smith & Wesson by the Department of Justice ("the DOJ Subpoena"), (3) a subpoena to S&W and subsequent investigation of S&W by the Securities and Exchange Commission ("the SEC Subpoena"); and (4) multiple derivative actions filed against S&W board members ("the Derivative Actions").

*Allowed, without opposition.
See order. Michael C. Ponsor USDJ
5.8.14*