UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & WESSON HOLDING CORPORATION,

    Plaintiff

v.                                                                    CIVIL ACTION NO. 3:12-cv-30195

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant

*MAP 5-8-14*

## [PROPOSED] ORDER CONCERNING MOTION TO COMPEL OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

Upon consideration of the Motion to Compel of defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), it is hereby ORDERED that plaintiff Smith & Wesson Holding Corporation ("S&W") produce to National Union within twenty (20) days of the issuance of this Order the following:

1) A supplemental answer to National Union's Interrogatory No. 3, which will "set forth all facts and calculations on which your claim of damages is based," specify how much has been expended on each of the four matters submitted to National Union for coverage, and identify which matters are still ongoing and likely to incur further expenses;

2) All documents within S&W's possession, custody and control concerning

   - "[A]ll bills, for legal, consulting or other fees, costs or expenses that Smith & Wesson seeks to recover as damages in this litigation";

   - Documents reflecting payment for such bills;

   - "[C]ommunications and documents exchanged between Smith & Wesson or its counsel and any governmental agency or its counsel regarding the 'Goncalves Indictment'... the 'DOJ Subpoena'... the 'SEC Subpoena'... [and] the 'Derivative Actions'";

- Smith & Wesson's internal communications concerning the 'Goncalves Indictment'... the 'DOJ Subpoena'... the 'SEC Subpoena'... [and] the 'Derivative Actions'";

- Smith & Wesson's "by-laws in place during the relevant time period concerning indemnification of directors, officers or employees relevant to the claims at issue..."; and

3) A complete privilege log that complies with Fed.R.Civ.P. 26(b)(5) and 6 Moore's Federal Practice, ¶ 26.90[2].

Dated: 5/8/14

~~Justice~~ Michael A. Ponsor  U. S. D. J

817403.1

2